# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| DAVID LARMAR, ET AL. | CIVIL ACTION NO. 25-1976 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LATORIA GRANT, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## ORDER

Before the Court is Plaintiffs' Motion for Preliminary Injunction (Record Document 16). To obtain the relief Plaintiffs seek, Plaintiffs would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, and (4) that the injunction would not undermine the public interest. See Walgreen Co. v. Hood, 275 F.3d 475, 477 (5th Cir. 2001). Because Plaintiffs have failed to make such a showing, the Motion for a Temporary Restraining Order is **DENIED.**

Plaintiffs are hereby ordered to ensure that valid service has been made on Defendants with the Complaint (Record Document 1) and the Motion for Preliminary Injunction (Record Document 16) in accordance with the Federal Rules of Civil Procedure. Once the Defendants have appeared, the Court will take up further proceedings regarding Plaintiffs' Motion for Preliminary Injunction.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of February, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT